No. 841. SMITH ET AL. *v.* ILLINOIS BELL TELEPHONE Co. Jurisdictional statement submitted May 18, 1931. Decided May 25, 1931. *Per Curiam:* The appeal herein is dismissed. The order of the District Court merely reinstated the interlocutory injunction pursuant to the opinion of this Court. The

parties should proceed with the trial of the cause upon the merits as this Court has directed. *Messrs. Oscar E. Carlstrom, Samuel A. Ettelson, George I. Haight, Benjamin F. Goldstein, Edmund D. Adcock,* and *Francis X. Busch* for appellants. *Messrs. Horace Kent Tenney, Charles M. Bracelen, William H. Thompson, Kenneth F. Burgess, R. A. Van Orsdel,* and *Leslie N. Jones* for appellee. [See 282 U. S. 133.]